

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-17-00170-CR

Alice Vega **FIALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. NM 308410
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

Sitting:      Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On May 24, 2017, appellant filed "Appellant's Report to the Honorable Fourth Court of Appeals (Request to Official Court Reporter)." After consideration, appellant's motion is DENIED AS MOOT.

It is so **ORDERED** on July 31, 2017.

**PER CURIAM**

ATTESTED TO: _____
Luz Estrada
Chief Deputy Clerk